# In the United States Court of Federal Claims

No. 18-1877C
(Filed: September 15, 2020)

* * * * * * * * * * * * * * * * * * * *

C.C. PACE SYSTEMS, INC.,

    *Plaintiff,*

v.

THE UNITED STATES,

    *Defendant.*

* * * * * * * * * * * * * * * * * * * *

## ORDER

    Pursuant the stipulation of the parties filed on September 8, 2020 (ECF No. 47), this case is hereby dismissed. The Clerk of Court is directed to dismiss the Complaint and enter judgment accordingly.

    s/Eric G. Bruggink
    ERIC G. BRUGGINK
    Senior Judge